UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **MARK D ADAMS**

Case Number: 11-47570 SWR
Chapter 13
Judge RHODES

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given to all creditors that other parties of interest that the Debtors 341 Meeting of Creditors and Confirmation have been adjourned to the following dates:

**341 FIRST MEETING OF CREDITORS- July 1, 2011 AT 10:00 a.m.
211 WEST FORT ST, DETROIT MI ROOM 315**

**CONFIRMATION HEARING- August 10, 2011 AT 3:00 p.m.
211 WEST FORT ST, DETROIT MI ROOM 1825 Judge Rhodes**

/s/ Daniel C. DiCicco P71299
William D. Johnson (P54823)
Christopher W. Jones P67955
Daniel DiCicco P71299
Acclaim Legal Services PLLC
26200 Lahser Road Suite 330
Southfield MI 48033
248-443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT