# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 11-47570-SWR
MARK D ADAMS, JUDGE STEVEN W RHODES
Debtor.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires debtor to remit the 2005 and 2006 income tax refunds to the Trustee if any are received.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

July 8, 2011  /s/ Margaret Conti Schmidt
 KRISPEN S. CARROLL (P49817)
 MARGARET CONTI SCHMIDT (P42945)
 MARIA GOTSIS (P67107)
 719 Griswold Street
 1100 Dime Building
 Detroit, MI 48226
 (313) 962-5035
 notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                              CHAPTER 13
                                               CASE NO. 11-47570-SWR
MARK D ADAMS,                                  JUDGE STEVEN W RHODES
Debtor.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ACCLAIM LEGAL SERVICES
26200 LAHSER RD
SUITE 330
SOUTHFIELD, MI 48033-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

MARK D ADAMS
553 LONGSHORE DR APT B
ANN ARBOR, MI 48105-0000


July 8, 2011                    /s/ Barbara A. Ecclestone
                                Barbara A. Ecclestone
                                For the Office of the Chapter 13 Trustee-Detroit
                                719 Griswold Street
                                1100 Dime Building
                                Detroit, MI 48226
                                (313) 962-5035
                                notice@det13ksc.com